KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

TAMARA WEBER (ILSBN 6270925)
Special Assistant United States Attorney

    450 Golden Gate Avenue; Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6838
    FAX: (415) 436-7234
    tamara.weber@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 06-0782 PJH |
|     Plaintiff, ) | STIPULATION AND [~~PROPOSE~~D] ORDER EXCLUDING TIME |
| v. ) | |
| GUILLERMO GONZALEZ-RANGEL ) | SAN FRANCISCO VENUE |
|     Defendant. ) | |

On December 21, 2006, the parties in this case appeared before the Court for a Trial Setting/Change of Plea Hearing. At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculations from December 21, 2006, through January 17, 2007, for effective preparation of defense counsel, in that defense counsel required time to review discovery and to confer with an immigration consultant. The parties represented that granting the continuance was the reasonable time necessary for effective preparation of both defense counsel and the United States, taking into account

//

Stipulation and [Proposed] Order
CR 06-0782 PJH

the exercise of due diligence. See 18 U.S.C. §3161(h)(8)(B)(iv).  The parties also agreed that the end of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. §3161(h)(8)(A).

**IT IS SO STIPULATED.**

                                  Respectfully submitted,

                                  KEVIN V. RYAN
                                  United States Attorney

DATED: 12/21/06                /s/ Tamara Weber
                                  TAMARA WEBER
                                  Special Assistant United States Attorney

DATED: 12/21/06

                                  /s/ Geoffrey Hansen
                                  GEOFFREY HANSEN
                                  Attorney for Defendant Guillermo Gonzalez-Rangel

As the Court found on December 21, 2006, and for the reasons stated above, the Court finds that an exclusion of time between December 21, 2006, through January 17, 2007, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

**IT IS SO ORDERED.**

DATED: 12/22/06                           THE HON. PHYLLIS J. HAMILTON
                                              United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton]*

Stipulation and [Proposed] Order
CR 06-0782 PJH